BRYAN SCHRODER
United States Attorney

JONAS M. WALKER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: jonas.walker@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| IN THE MATTER OF GRAND JURY MATERIAL (2019R00057) | ) No. 3:19-mc-<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR ORDER RELEASING GRAND JURY MATERIAL

The United States, by undersigned Assistant United States Attorney, pursuant to Federal Rule of Criminal Procedure 6(e)(3)(E)(iv), moves the Court for an order permitting the United States to disclose grand jury material to an appropriate state or state-subdivision. Expedited consideration of this motion is necessary because the FBI advises that state or state-subdivision authorities outside the District of Alaska intend to charge and arrest a suspect on August 7, 2019.

//

"The court may authorize disclosure--at a time, in a manner, and subject to any other conditions that it directs--of a grand-jury matter . . . at the request of the government if it shows that the matter may disclose a violation of State, Indian tribal, or foreign criminal law, as long as the disclosure is to an appropriate state, state-subdivision, Indian tribal, or foreign government official for the purpose of enforcing that law." FRCrP 6(e)(3)(E)(iv).

Beginning in approximately March 2019, the United States initiated a Grand Jury investigation regarding potential violations of Communicating Interstate Threats, in violation of 18 U.S.C. § 875(c). The potential threats occurred on a particular social media platform. In the course of the investigation, the United States issued the following six Grand Jury subpoenas under nondisclosure orders:

| GJ Subpoena Number | General Description of Recipient | MJ Number regarding Non-Disclosure Order |
|---|---|---|
| 2019R00057-001 | Social Media | 3:19-mj-00128-MMS |
| 2019R00057-002 | Social Media | 3:19-mj-00129-DMS |
| 2019R00057-003 | Internet Service Provider | 3:19-mj-00163-DMS |
| 2019R00057-004 | Internet Service Provider | 3:19-mj-00164-DMS |
| 2019R00057-005 | Internet Service Provider | 3:19-mj-00247-DMS |
| 2019R00057-006 | Internet Service Provider | [Not Applicable] |

The FBI has advised the United States Attorney's Office that the investigation has identified the suspect as a person not within the District of Alaska. State and/or state-

In Re Grand Jury (2017R00350)
3:19-mc-

2

Case 3:19-mc-00022-TMB   Document 1   Filed 08/06/19   Page 2 of 3

subdivision authorities in that other state intend to promptly charge and arrest the suspect with violations of state law. The evidence collected via the Grand Jury subpoenas is important in establishing probable cause for charging and arrest and, likewise, would be relevant for prosecution to trial and sentencing.

Therefore, the United States respectfully requests the Court enter the attached proposed order.

RESPECTFULLY SUBMITTED August 6, 2019, in Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

s/ Jonas M. Walker
JONAS M. WALKER
Assistant U.S. Attorney
United States of America

In Re Grand Jury (2017R00350)
3:19-mc-