BRYAN SCHRODER
United States Attorney

JONAS WALKER
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: Jonas.walker@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| IN THE MATTER OF GRAND JURY MATERIAL (2019R00057) | ) No. 3:19-mc-<br>)<br>) |

**DECLARATION OF AUSA JONAS M. WALKER IN SUPPORT OF UNITED STATES MOTION FOR EXPEDITED CONSIDERATION**
**(28 U.S.C. § 1746)**
**(L. Civ. R. 7.3(a)(1)(A))**

I, Jonas M. Walker, declare and state as follows:

1. I am an Assistant United States Attorney ("AUSA") for the District of Alaska and assigned to prosecute the above-captioned matter. As such, I am fully familiar with the facts stated herein.

2. Beginning in approximately March 2019, the United States began an investigation and issued six Grand Jury Subpoenas under nondisclosure orders. The FBI has advised the United States Attorney's Office that the investigation has identified the

suspect as a person not within the District of Alaska. State and/or state-subdivision authorities in that other state intend to promptly charge and arrest the suspect with violations of state law. The evidence collected via the Grand Jury subpoenas is important in establishing probable cause for charging and arrest and, likewise, would be relevant for prosecution to trial and sentencing.

3. Expedited consideration of this motion is necessary because the FBI advises that state or state-subdivision authorities outside the District of Alaska intend to charge and arrest a suspect on August 7, 2019.

5. There is no opposing counsel to consult.

RESPECTFULLY SUBMITTED August 6, 2019, at Anchorage, Alaska.

> BRYAN SCHRODER
> United States Attorney
>
> s/ Jonas M. Walker
> JONAS M. WALKER
> Assistant U.S. Attorney
> United States of America