IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| IN THE MATTER OF GRAND JURY MATERIAL (2019R00057) | ) No. 3:19-mc-00022-TMB<br>)<br>) |
|---|---|

## ORDER GRANTING MOTION
## FOR ORDER RELEASING GRAND JURY MATERIAL

Pursuant to Federal Rule of Criminal Procedure 6(e)(3)(E)(iv), the Court orders that the United States may disclose the Grand Jury matter identified below to law enforcement officials in the state or state-subdivision referenced in the government's Motion:

| GJ Subpoena Number | General Description of Recipient | MJ Number regarding Non-Disclosure Order |
|---|---|---|
| 2019R00057-001 | Social Media | 3:19-mj-00128-MMS |
| 2019R00057-002 | Social Media | 3:19-mj-00129-DMS |
| 2019R00057-003 | Internet Service Provider | 3:19-mj-00163-DMS |
| 2019R00057-004 | Internet Service Provider | 3:19-mj-00164-DMS |
| 2019R00057-005 | Internet Service Provider | 3:19-mj-00247-DMS |
| 2019R00057-006 | Internet Service Provider | [Not Applicable] |

For purposes of this Order, the "Grand Jury matter" includes grand jury subpoenas, related correspondence, and items produced responsive to the subpoena.

Dated: August 8, 2019

/s/ *Timothy M. Burgess*
TIMOTHY M. BURGESS
United States District Judge